UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JUDY HARVEY,

        Defendant.

CR15-285-2 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant Judy Harvey's pro se motion, docket no. 213, for early termination of supervised release is DENIED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2018.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1